UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00491-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      ASHTON PAUL DAIGLE,

        Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of Defendant's Motion to Vacate Trial and Motions Hearing and Set Case for Disposition **(#25)** on April 2, 2009, by Defendant. The Court construes the motion to be a Notice of Disposition and motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **June 1, 2009,** at **10:45 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

3. The motion hearing set for May 1, 2009, the final trial preparation conference set

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*

for October 2, 2009, and the October 5, 2009, trial date are **VACATED**.

DATED this 6th day of April, 2009.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge