IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00491-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      ASHTON PAUL DAIGLE,

        Defendant.

---

# ORDER

**THIS MATTER** comes before the Court on the Government's Unopposed Motion to Disclose Grand Jury Material to Defendant **(#39)**, pursuant to Fed. R. Crim. P. 6(e)(3)(C)(i) and 16(d)(1).  This material includes health information of individuals, which information may be subject to the Health Insurance Portability and Accountability Act of 1996 and implementing regulations at 45 C.F.R. Parts 160 and 164 (collectively "HIPAA").[1]

**HAVING REVIEWED** the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore **ORDERED** that

(1)      The Government's motion **(#39)** is **GRANTED**.  The grand jury transcripts and documents produced pursuant to the grand jury investigation may be disclosed to

---

[1] Although it is unclear whether the United States of America is a "covered entity" subject to this Act, *see, e.g.*, 45 C.F.R. §§ 160.103 and 164.502(a), every effort should be taken to keep such information as confidential as possible.

        Defendant's attorney.

(2)     Health information shall refer to information defined in 45 C.F.R. § 160.103.

(3)     The Government shall produce health information to Defendant's counsel by allowing counsel access to such information at the United States Attorney's Office upon request.  Materials including health information may be copied only as necessary for sentencing hearing purposes.  Defendant's counsel may use the health information only for purposes of the sentencing hearing and may not disclose the heath information to any non-party nor file copies with the Court except as authorized by Court Order.  If sealing is requested, a brief attached to a motion to seal shall set forth the materials to be filed and why they should be sealed as compared to redacted.  All copies of materials containing health information and other grand jury materials shall be returned to the United States Attorney's Office within 15 days following the entry of judgment in this case.

(4)     Given the entry of this Order, the Court's previous Order **(#11)** regarding disclosure of grand jury materials containing health information is **VACATED**.

(5) To allow review of such information prior to the sentencing hearing, which is scheduled for Monday, October 26, 2009 at 8:30 a.m., the hearing is **VACATED**. Counsel shall jointly contact chambers to obtain a new date for such hearing.

Dated this 20th day of October, 2009

                                         **BY THE COURT:**

                                         Marcia S. Krieger
                                         United States District Judge