IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover    Date: March 5, 2010
Court Reporter:   Paul Zuckerman
Probation Officer: Grant Hansen

Criminal Action No. 08-cr-00491-MSK

*Parties*:                                *Counsel*:

UNITED STATES OF AMERICA,                 Jaime Pena

      Plaintiff,

v.

ASHTON PAUL DAIGLE,                       Larwence Mertes

      Defendant.

---

### SENTENCING MINUTES
---

**1:13 p. m.**   **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on June 1, 2009 Defendant pled guilty to Counts 1, 2, 3, 4, 5 and 109 of the Indictment.**

**ORDER:**   The Motion and Exhibit 1 to the motion which is the proposed order at Doc. #51) will be **UNSEALED.** The remaining documents (Exhibits 2 through 10) will remain **SEALED.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The parties **do** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). (**Doc. #40**) Argument by both counsel. The Government objects to any further variance than that contained in its motion.

Allocution. - Statements made by: The Government, the defendant and defense counsel.

The victims or victims were given an opportunity to make statements with regard to sentencing.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** Government's motion for Non-guideline Sentence (**Doc. #40**) is **GRANTED.** Defendant's oral motion for further variance is denied.

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon on April 5, 2010.

**ORDER:** Bond will be exonerated upon defendant's self-surrender to the facility designated by the Bureau of Prisons.

**2:21 p.m.** **Court in recess.**

Total Time: 1 hour 8 minutes.
Hearing concluded.